**Nathan Raymond WINGATE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28274.**

Court of Criminal Appeals of Texas.

March 21, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for the felony offense of drunken driving, with punishment assessed at ninety days in jail.

Appellant has filed his affidavit stating that he desires to have his appeal in this case dismissed.

Accordingly, the appeal is dismissed.